ISAAC MACHOVER and LOLA MACHOVER, Appellee

v.

ABDRHMIN ABDALLAH and MENRAH ABDALLAH, Appellants

No. 13,656

United States Court of Appeals

Third Circuit

Argued January 31, 1962

Decided February 13, 1962

*See, also, 297 F.2d 938*

\*Sitting by assignment.

Mark D. Alspach, Esq., Philadelphia, Pennsylvania, *for appellant*

David E. Maas, Esq., Charlotte Amalie, St. Thomas, Virgin Islands, *for appellees*

Before ALDRICH*, GANEY and SMITH, *Circuit Judges*

PER CURIAM

This is an appeal from a judgment in favor of the plaintiffs-appellees in an action for the specific performance of a written contract for the sale of real property. The relief sought was properly granted. The judgment of the District Court is affirmed.